IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| **TERRY BELL** | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | |
| | § | **CIVIL ACTION NO. 3:15-cv-938-B** |
| **DALCOM CORPORATION, d/b/a** | § | |
| **ROYAL INN HOTEL, and KAMLESH** | § | |
| **PATEL, individually,** | § | |
| | § | |
| Defendants. | § | |

<u>**APPENDIX IN SUPPORT OF DEFENDANT' NOTICE OF REMOVAL**</u>

March 25, 2015                           Respectfully submitted,


**THE BHATTI LAW FIRM, PLLC**


*/s/ Vincent J. Bhatti*
**VINCENT J. BHATTI**
State Bar No. 24055169
**DITTY S. BHATTI**
State Bar No. 24062803
14785 Preston Road
Suite 550
Dallas, TX 75254
Telephone: (214) 253-2533
Facsimile: (214) 204-0033
vincent.bhatti@bhattilawfirm.com
ditty.john@bhattilawfirm.com

**ATTORNEYS FOR DEFENDANTS**

## TABLE OF CONTENTS

| DOCUMENT | PAGE |
|---|---|
| Registry of Actions - *Terry Bell v. Dalcom Corporation d/b/a Royal Inn Hotel and Kamlesh Patel*; Cause No. DC-14-15043, 14th Judicial District Court, Dallas County, Texas | **APP 1** |
| Plaintiff's Original Petition - *Terry Bell v. Dalcom Corporation d/b/a Royal Inn Hotel and Kamlesh Patel*; Cause No. DC-14-15043, 14th Judicial District Court, Dallas County, Texas (December 30, 2014) | **APP 2-7** |
| Citation (January 9, 2015) with Return of Service (February 27, 2015) on Dalcom Corporation, d/b/a Royal Inn Hotel | **APP 8-9** |
| Citation (January 9, 2015) with Return of Service (February 27, 2015) on Kamlesh Patel | **APP 10-11** |
| Defendants' Answer - General Denial (March 23, 2015) | **APP 12-15** |
| Notice to the Clerk of Filing Notice of Removal | **APP 16-17** |
| Certificate of Interested Persons | **APP 18-19** |

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that a true and correct copy of the foregoing was filed electronically through the Court and that a true and correct copy of the foregoing instrument has been mailed, telecopied or hand delivered to the following counsel of record on this 25th day of March, 2015.

> Robert Lee
> Lee & Braziel, L.L.P.
> 1801 N. Lamar Street, Suite 325
> Dallas, TX 75202
> Facsimile: (214) 749-1010

*/s/ Vincent J. Bhatti*
Vincent J. Bhatti

3/23/2015                                    courts.dallascounty.org/CaseDetail.aspx?CaseID=4864556

Case 3:15-cv-00938-B      Document 2      Filed 03/25/15      Page 4 of 22      PageID 8

Skip to Main Content Logout My Account Search Menu New Civil District Search Refine      Location : All District Civil Courts   Images Help
Search  Back

# REGISTER OF ACTIONS
## CASE NO. DC-14-00488

| | | |
|---|---|---|
| **MARTHA GALLEGOS vs. TACO BELL CORP., a/k/a TACO BELL AMERICA** | §<br>§<br>§<br>§ | Case Type: **EMPLOYMENT**<br>Date Filed: **01/17/2014**<br>Location: **162nd District Court** |

---

### PARTY INFORMATION

|  |  | Lead Attorneys |
|---|---|---|
| **DEFENDANT** | TACO BELL CORP., a/k/a TACO BELL AMERICA | |
| **PLAINTIFF** | GALLEGOS, MARTHA | **ROBERT (BOBBY) LEE**<br>*Retained*<br>214-749-1400(W) |

---

### EVENTS & ORDERS OF THE COURT

**DISPOSITIONS**

03/05/2014 **ALL OTHER DISPOSITIONS** (Judicial Officer: BROWN, PHYLLIS LISTER)
     Vol./Book 417I, Page 551,  26 pages

**OTHER EVENTS AND HEARINGS**

01/17/2014 **NEW CASE FILED (OCA) - CIVIL**
01/17/2014 **ORIGINAL PETITION**
     *PLAINTIFF S ORIGINAL PETITION*
01/17/2014 **CASE FILING COVER SHEET**
     *CASE INFORMATION SHEET*
01/17/2014 **ISSUE CITATION**
01/21/2014 **CITATION**
     *TJ/ATTY*
      TACO BELL CORP., a/k/a TACO BELL AMERICA          Served          02/13/2014
                                                        Returned        02/14/2014
03/05/2014 **NOTICE OF REMOVAL TO FEDERAL COURT**
     *NOTICE TO THE CLERK OF FILING NOTICE OF REMOVAL*

---

### FINANCIAL INFORMATION

|  |  |
|---|---|
| **PLAINTIFF** GALLEGOS, MARTHA | |
| Total Financial Assessment | 291.00 |
| Total Payments and Credits | 291.00 |
| **Balance Due as of 03/23/2015** | **0.00** |

| | | | | |
|---|---|---|---|---|
| 01/21/2014 | Transaction Assessment | | | 291.00 |
| 01/21/2014 | CREDIT CARD - TEXFILE (DC) | Receipt # 3071-2014-DCLK | GALLEGOS, MARTHA | (291.00) |

FILED
DALLAS COUNTY
12/30/2014 4:39:13 PM
GARY FITZSIMMONS
DISTRICT CLERK

Sacheen Anthony

CAUSE NO. DC-14-15043 _____

| | | |
|---|---|---|
| TERRY BELL, | § | IN THE DISTRICT COURT |
| | § | |
| **Plaintiff,** | § | |
| v. | § | |
| | § | |
| DALCOM CORPORATION, d/b/a | § | DALLAS COUNTY,  TEXAS |
| ROYAL INN HOTEL, and KAMLESH | § | |
| PATEL, individually, | § | |
| | § | |
| **Defendants.** | § | |
| | | ____ JUDICIAL DISTRICT |

## PLAINTIFF'S ORIGINAL PETITION

Plaintiff Terry Bell brings this action against Defendants Dalcom Corporation, d/b/a Royal Inn Hotel and Kamlesh Patel, individually.  The causes of action and summary of claims relating thereto are addressed below:

### I. DISCOVERY CONTROL PLAN

1.     At this time, Plaintiff requests that discovery be conducted under Level III and that this matter be placed on the non-expedited docket as it involves damages exceeding $100,000, and other non-wage damages such as equitable/injunctive relief.

### II. PARTIES, JURISDICTION AND VENUE

2.     Plaintiff Terry Bell ("Plaintiff" or "Bell") is currently a citizen and resident of the State of Texas.  Plaintiff was employed by Defendants within the meaning of the Fair Labor Standards Act, 29 U.S.C § 201 *et. seq.* ("FLSA").  At all times hereinafter mentioned, Plaintiff was an individual employee who was engaged in commerce or in the production of goods for commerce as required by 29 U.S.C. §§ 206-207.  His written consent is attached as Exhibit "A".

3.      Defendant Dalcom Corporation, d/b/a Royal Inn Hotel is a corporation authorized to do business in Texas. Defendant is engaged in commerce or the production of goods for commerce within the meaning of the FLSA, and is obligated to ensure that all employees are paid in accordance with the FLSA. Defendant can be served with process through its registered agent, Kamlesh Patel, located at 1735 IH 35 E South, Carrollton, TX 75006, or wherever he may be found.

4.      Defendants Kamlesh Patel, HG Patel, and Pecash Amin, are the directors of Dalcom Corporation, d/b/a Royal Inn Hotel (in its assumed or common name), and are also believed to be the owner.

5.      This Court has jurisdiction over the claim because state courts have concurrent jurisdiction with federal courts on cases filed under the Fair Labor Standards Act. 29 U.S.C §216(b). In addition, Plaintiff's damages are within the Court's jurisdictional limits.

6.      Venue is proper in this Court pursuant to Texas Civil Practice and Remedies Code § 15.002(a) because the actions giving rise to the lawsuit occurred in Dallas County, Texas.

7.      All conditions precedent have been performed or have occurred.


### III.    COVERAGE

8.      At all material times, Defendants have acted, directly or indirectly, in the interest of an employer with respect to Terry Bell.

9.      At all times hereinafter mentioned, Defendants have been employers within the meaning of the Section 3(d) of the FLSA, 29 U.S.C. § 203(d).

10.     At all times hereinafter mentioned, Defendants have been an enterprise within the meaning of Section 3(r) of the FLSA, 29 U.S.C. § 203(r).

11.    At all times hereinafter mentioned, Defendants have been an enterprise engaged in commerce or in the production of goods for commerce within the meaning of Section 3(s)(1) of the FLSA, 29 U.S.C. § 203(s)(1), in that said enterprises have had (a) employees engaged in commerce or in the production of goods for commerce, or (b) employees handling, selling, or otherwise working on goods or materials that have been moved in or produced for commerce by any person. In addition, said enterprise has had and has an annual gross volume of sales made or business done of not less than $500,000 (exclusive of excise taxes at the retail level which are separately stated).

12.    At all times hereinafter mentioned, Plaintiff was an individual employee who was engaged in commerce or in the production of goods for commerce as required by 29 U.S.C. §§ 206-207.

13.    Plaintiff was employed by Defendants within the applicable statute of limitations.


## IV.    FACTUAL ALLEGATIONS

14.    Plaintiff was employed by Defendants as a Maintenance Supervisor. Plaintiff's primary job duties consisted of hotel maintenance, including handling duties such as plumbing, electrical, and pool maintenance.  Defendants paid Plaintiff a salary, (less a certain amount per week for lodging), but Plaintiff regularly worked in excess of 40 hours a week and was entitled to overtime pay.  However, Defendant did not pay Plaintiff this overtime pay, which should have been one and a half times the regular rate of pay for the hours that he worked over 40 hours per week.  Instead, Plaintiff was paid the same salary, regardless of how many hours he worked.  In short, Plaintiff was misclassified as exempt.

16.    Defendants knowingly, willfully, or with reckless disregard carried out their illegal pattern or practice of failing to pay overtime compensation with respect to Plaintiff.

APP 4

## V.    CAUSE OF ACTION:  FAILURE TO PAY WAGES IN ACCORDANCE WITH THE FAIR LABOR STANDARDS ACT

17.    Plaintiff realleges and incorporates the allegations contained in Paragraphs 1 through 16 as if fully stated herein.

18.    During the relevant period, Defendants have violated, and are violating, the provisions of Sections 7 of the FLSA, 29 U.S.C. §§ 207 and 215(a)(2), by employing employees in an enterprise engaged in commerce or in the production of goods for commerce within the meaning of the FLSA as aforesaid, for workweeks longer than 40 hours, without compensating such employees for their work in excess of forty hours per week at rates no less than one-and-a-half times the regular rates for which they were employed.  Defendants have acted willfully by failing to pay Plaintiff in accordance with the law.

## VI.    JURY DEMAND

Plaintiff requests trial by jury.

## VII. REQUESTS FOR DISCLOSURE TO DEFENDANT

Pursuant to Rule 194 of the Texas Rules of Civil Procedure, Defendant is requested to disclose to Plaintiff, within fifty (50) days of service of this request, the information or material described in Rule 194.2 (a) - (k), to be produced at the office of Lee & Braziel, L.L.P., 1801 N. Lamar, Suite 325, Dallas, Texas 75202.

## VIII.   PRAYER

WHEREFORE, Plaintiff prays for judgment against Defendant as follows:

a.      For an Order pursuant to Section 16(b) of the FLSA finding Defendant liable for unpaid back wages due to Plaintiff, and for liquidated damages equal in amount to the unpaid compensation found due to Plaintiff; and

b.      For an Order awarding Plaintiff the costs of this action;

c.      For an Order awarding Plaintiff their attorney's fees; and

d.      For and Order awarding Plaintiff pre-judgment and post-judgment interest at the highest rates allowed by law; and

e.      For an Order granting such other and further relief as may be necessary and appropriate.

Respectfully submitted,

**/s/ Robert (Bobby) Lee**
**Robert (Bobby) Lee**
*Attorney in Charge*
Texas Bar No. 00787888
lee@l-b-law.com
**J. Derek Braziel**
State Bar No. 00793380
jdbraziel@l-b-law.com
**Megan Dixon**
Texas Bar No. 24079901
dixon@l-b-law.com

**Lee & Braziel, L.L.P.**
1801 N. Lamar Street, Suite 325
Dallas, Texas 75202
(214) 749-1400 phone
(214) 749-1010 fax

**ATTORNEYS FOR PLAINTIFF**

APP 6

FORM NO. 353-3 - CITATION
# THE STATE OF TEXAS

To:

**DALCOM CORPORATION DBA ROYAL INN HOTEL**
C/O KAMLESH PATEL
1735 IH 35E SOUTH
CARROLLTON TX 75006

GREETINGS:

You have been sued. You may employ an attorney. If you or your attorney do not file a written answer with the clerk who issued this citation by 10 o'clock a.m. of the Monday next following the expiration of twenty days after you were served this citation and petition, a default judgment may be taken against you. Your answer should be addressed to the clerk of the **14th District Court** at 600 Commerce Street, Ste. 101, Dallas, Texas 75202.

Said Plaintiff being **TERRY BELL**

Filed in said Court **30th day of December, 2014** against

**DALCOM CORPORATION DBA ROYAL INN HOTEL et al**

For Suit, said suit being numbered <u>**DC-14-15043**</u>, the nature of which demand is as follows:
Suit on **EMPLOYMENT** etc. as shown on said petition , a copy of which accompanies this citation. If this citation is not served, it shall be returned unexecuted.

WITNESS: FELICIA PITRE, Clerk of the District Courts of Dallas, County Texas.
Given under my hand and the Seal of said Court at office this 13th day of January, 2015.

ATTEST: FELICIA PITRE, Clerk of the District Courts of Dallas, County, Texas

/s/ Sacheen Anthony

By_____, Deputy
SACHEEN ANTHONY



---

**ESERVE**

# CITATION

## DC-14-15043

**TERRY BELL**
vs.
**DALCOM CORPORATION DBA ROYAL INN HOTEL et al**

ISSUED THIS
**13th day of January, 2015**

FELICIA PITRE
Clerk District Courts,
Dallas County, Texas

By: SACHEEN ANTHONY, Deputy

**Attorney for Plaintiff**
**ROBERT (BOBBY) LEE**
**LEE & BRAZIEL LLP**
**1801 N LAMAR SUITE 325**
**DALLAS TX 75202**
**214-749-1400**

**DALLAS COUNTY**
**SERVICE FEES**
**NOT PAID**

FILED
DALLAS COUNTY
2/27/2015 1:50:31 PM
FELICIA PITRE
DISTRICT CLERK

Dianne Coffey

## AFFIDAVIT OF SERVICE

### CAUSE NO: DC-14-15043

**TERRY BELL**                                                    **14TH DISTRICT COURT**

**VS**

**DALCOM CORPORATION DBA**
**ROYAL INN HOTEL ET AL**                                    **DALLAS COUNTY, TEXAS**

Documents: **CITATION; PLAINTIFF'S ORIGINAL PETITION**

Received on: __February 2, 2015__ at __2:01__ P.M. the above documents to be delivered to:

**DALCOM CORPORATION DBA ROYAL INN HOTEL C/O KAMLESH PATEL**
**1735 IH 35E SOUTH, CARROLLTON, TX 75006**

I, __Anthony L Guiden__, the undersigned, being duly sworn, depose and say, that I am duly authorized to make delivery of the document(s) listed herein in the above styled case. I am over the age of 18, and am not a party to or otherwise interested in this matter. Delivery of said documents were attempted in the following manner:

By delivering to: __DALCOM CORPORATION DBA ROYAL INN HOTEL C/O KAMLESH PATEL__

(Title / Relationship): __Registered Agent__

Address of Service: __611 N I35 Denton Texas 76205__

Date of Service: __February 24, 2015__                Time of Service: __3:07 p.m.__
Type of Service:

☐ **PERSONAL SERVICE:** Individually and personally to the above named recipient.

☒ **CORPORATION / PARTNERSHIP:** By delivering a true copy of said process to an officer, agent or partner of the above named entity whose name and title is listed above.

☐ **NOT FOUND / NOT DELIVERED:** for the following reason: _____

_____

**"I declare under penalties of perjury that the information contained herein is true and correct"**

Signature                PS#: __10156__
                         Exp: __2/29/2016__

Subscribed and sworn to before me, a notary
public on __FEBRUARY 24__, 20__15__

Notary Public in and of the State of Texas

BRENDA ELAINE GUIDEN
My Commission Expires
August 27, 2016

© Copyright 2010-2015 Calendar Count, Inc.

APP 9

# FORM NO. 353-3 - CITATION
## THE STATE OF TEXAS

To:

**KAMLESH PATEL**
**1735 IH 35E SOUTH**
**CARROLLTON TX 75006**

GREETINGS:

You have been sued. You may employ an attorney. If you or your attorney do not file a written answer with the clerk who issued this citation by 10 o'clock a.m. of the Monday next following the expiration of twenty days after you were served this citation and petition, a default judgment may be taken against you. Your answer should be addressed to the clerk of the **14th District Court** at 600 Commerce Street, Ste. 101, Dallas, Texas 75202.

Said Plaintiff being **TERRY BELL**

Filed in said Court **30th day of December, 2014** against

**DALCOM CORPORATION DBA ROYAL INN HOTEL et al**

For Suit, said suit being numbered **DC-14-15043**, the nature of which demand is as follows:
Suit on **EMPLOYMENT** etc. as shown on said petition, a copy of which accompanies this citation. If this citation is not served, it shall be returned unexecuted.

WITNESS: FELICIA PITRE, Clerk of the District Courts of Dallas, County Texas.
Given under my hand and the Seal of said Court at office this 13th day of January, 2015.

ATTEST: FELICIA PITRE, Clerk of the District Courts of Dallas, County, Texas

By _____/s/ Sacheen Anthony_____ , Deputy
                    SACHEEN ANTHONY



---

# CITATION

## DC-14-15043

**TERRY BELL**
**vs.**
**DALCOM CORPORATION DBA**
**ROYAL INN HOTEL et al**

ISSUED THIS
**13th day of January, 2015**

FELICIA PITRE
Clerk District Courts,
Dallas County, Texas

By: SACHEEN ANTHONY, Deputy

**Attorney for Plaintiff**
**ROBERT (BOBBY) LEE**
**LEE & BRAZIEL LLP**
**1801 N LAMAR SUITE 325**
**DALLAS TX 75202**
**214-749-1400**

**DALLAS COUNTY**
**SERVICE FEES**
**NOT PAID**

APP 10

FILED
DALLAS COUNTY
2/27/2015 1:46:56 PM
FELICIA PITRE
DISTRICT CLERK

Dianne Coffey

## AFFIDAVIT OF SERVICE

### CAUSE NO: DC-14-15043

**TERRY BELL**                                                        **14ᵀᴴ DISTRICT COURT**

**VS**

**DALCOM CORPORATION DBA
ROYAL INN HOTEL ET AL**                                              **DALLAS COUNTY, TEXAS**

Documents: **CITATION; PLAINTIFF'S ORIGINAL PETITION**

Received on: **February 2, 2015**                    at  **2:01**              **P.M.** the above documents to be
delivered to:

**KAMLESH PATEL
1735 IH 35E SOUTH, CARROLLTON, TX 75006**

I, __**Anthony L Guiden**_____, the undersigned, being duly sworn, depose and say, that I am duly
authorized to make delivery of the document(s) listed herein in the above styled case. I am over the age of 18, and am
not a party to or otherwise interested in this matter. Delivery of said documents were attempted in the following manner:

By delivering to: ____ **Kamlesh Patel**

(Title / Relationship): __**Defendant**

Address of Service: ___ **611 N I35E Denton Texas 76205**

Date of Service: _____ **February 24, 2015**                         Time of Service: **3:07 p.m.**

**Type of Service:**

☒ **PERSONAL SERVICE:** Individually and personally to the above named recipient.

☐ **CORPORATION / PARTNERSHIP:** By delivering a true copy of said process to an officer, agent or partner of the
above named entity whose name and title is listed above.

☐ **NOT FOUND / NOT DELIVERED:** for the following reason:_____

_____

"I declare under penalties of perjury that the information contained herein is true and correct"

Signature                PS#:  10156
                         Exp:   2/29/2016

Subscribed and sworn to before me, a notary
public on _FEBRUARY 24_____, 20_15_

Notary Public in and of the State of Texas

BRENDA ELAINE GUIDEN
My Commission Expires
August 27, 2016

© Copyright 2010-2015 Calendar Count, Inc.

APP 11

FILED
DALLAS COUNTY
3/23/2015 12:56:58 PM
FELICIA PITRE
DISTRICT CLERK

## CAUSE NO. DC-14-15043

| | | |
|---|---|---|
| TERRY BELL | § | IN THE DISTRICT COURT OF |
| | § | |
| Plaintiff, | § | |
| | § | DALLAS COUNTY, TEXAS |
| v. | § | |
| | § | |
| DALCOM CORPORATION, d/b/a | § | 14TH JUDICIAL DISTRICT |
| ROYAL INN HOTEL, and KAMLESH | § | |
| PATEL, individually, | § | |
| | § | |
| Defendants. | § | |

## DEFENDANTS' ANSWER AND GENERAL DENIAL
## TO PLAINTIFF'S ORIGINAL PETITION

COMES NOW Dalcom Corporation, d/b/a Royal Inn Hotel and Kamlesh Patel, Defendants in the above-styled and numbered cause, and file this their General Denial to Plaintiff's Original Petition and Affirmative Defenses, respectfully showing onto the Court as follows:

## I.

## GENERAL DENIAL

Defendants hereby deny generally and specifically, each and every, all and singular, the material allegations contained in Plaintiff's Original Petition, and demands strict proof thereof by a preponderance of the evidence in accordance the provisions of Rule 92, Texas Rules of Civil Procedure.

## II.

## AFFIRMATIVE DEFENSES

As affirmative defenses, and without waiver of any of the foregoing denials or responses, Defendants allege as follows:

APP 12

1.      Plaintiff has failed to state a claim against Defendants upon which relief can be granted.

2.      Plaintiff affirmatively states that to the extent applicable, some of Plaintiff's claims are barred by the statute of limitations.

3.      With respect to Plaintiff's claim for liquidated damages, Defendants' acts or omissions giving rise to such claims were in good faith based on reasonable grounds for believing that the acts or omissions were not in violation of the FLSA.

4.      Defendants did not willfully refuse or fail to pay Plaintiff in violation of the FLSA.  At no time did Defendants act to circumvent its obligations under the FLSA.

5.      Any of Plaintiff's preliminary or postliminary activities are not compensable time worked as a matter of law.

6.      Defendants reserve the right to rely upon such other defenses and affirmative defenses as they become available or apparent during the discovery proceedings in this case.

7.      To the extent applicable, Defendants would show that the damages recoverable, if any, which are hereby denied, must be reduced by the amount of money Plaintiff received from any source subsequent to the termination of his employment.

8.      Plaintiff's claims are barred in whole or in part to the extent he failed to fulfill conditions precedent for this action.

9.      Plaintiff's claims are barred in whole or in part to the extent he failed to exhaust administrative remedies.

10.      Plaintiff's claims are barred in whole or in part to the extent Plaintiff failed to mitigate his damages.

APP 13

11.    Defendants state that Plaintiff cannot establish his overtime as he cannot show that he worked overtime in any given work week.

## PRAYER

WHEREFORE, Defendants Dalcom Corporation, d/b/a Royal Inn Hotel and Kamlesh Patel respectfully pray that Plaintiff takes nothing by his claim against Defendants and that Defendants be dismissed with its costs and be awarded such other further relief to which they may show themselves justly entitled.

Respectfully submitted,

**THE BHATTI LAW FIRM, PLLC**

*/s/ Vincent J. Bhatti*
**VINCENT J. BHATTI**
State Bar No. 24055169
**DITTY S. BHATTI**
State Bar No. 24062803
14785 Preston Road
Suite 550
Dallas, TX 75254
Telephone: (214) 253-2533
Facsimile: (214) 204-0033
vincent.bhatti@bhattilawfirm.com
ditty.john@bhattilawfirm.com

**ATTORNEYS FOR DEFENDANTS**

APP 14

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that a true and correct copy of the foregoing was filed electronically through the Court and that a true and correct copy of the foregoing instrument has been mailed, telecopied or hand delivered to the following counsel of record on this 23rd day of March, 2015.

> Robert Lee
> Lee & Braziel, L.L.P.
> 1801 N. Lamar Street, Suite 325
> Dallas, TX 75202
> Facsimile: (214) 749-1010

*/s/ Vincent J. Bhatti*
Vincent J. Bhatti

APP 15

CAUSE NO. DC-14-15043

| | | |
|---|---|---|
| TERRY BELL | § | IN THE DISTRICT COURT OF |
| | § | |
| Plaintiff, | § | |
| | § | DALLAS COUNTY, TEXAS |
| v. | § | |
| | § | |
| DALCOM CORPORATION, d/b/a | § | 14TH JUDICIAL DISTRICT |
| ROYAL INN HOTEL, and KAMLESH | § | |
| PATEL, individually, | § | |
| | § | |
| Defendants. | § | |

## NOTICE TO THE CLERK OF FILING NOTICE OF REMOVAL

Please take notice that, pursuant to 28 U.S.C. § 1446(a), Defendants Dalcom Corporation,

d/b/a Royal Inn Hotel and Kamlesh Patel, has removed this action to the United States District

Court for the Northern District of Texas, Dallas Division.  A true and correct copy of the Notice

of Removal is attached as Exhibit 1.

March 27, 2015.

Respectfully submitted,

**THE BHATTI LAW FIRM, PLLC**

_/s/ Vincent J. Bhatti_
**VINCENT J. BHATTI**
State Bar No. 24055169
**DITTY S. BHATTI**
State Bar No. 24062803
14785 Preston Road
Suite 550
Dallas, TX 75254
Telephone: (214) 253-2533
Facsimile: (214) 204-0033
vincent.bhatti@bhattilawfirm.com
ditty.john@bhattilawfirm.com

**ATTORNEYS FOR DEFENDANTS**

APP 16

## **CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing was filed electronically through the Court and that a true and correct copy of the foregoing instrument has been mailed, telecopied or hand delivered to the following counsel of record on this 27th day of March, 2015.

Robert Lee
Lee & Braziel, L.L.P.
1801 N. Lamar Street, Suite 325
Dallas, TX 75202
Facsimile: (214) 749-1010

_/s/ Vincent J. Bhatti_
Vincent J. Bhatti

APP 17

# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF TEXAS
## *Dallas Division*

Terry Bell
Plaintiff

v.                                      3:15-cv-938
                                        Civil Action No.

Dalcom Corporation d/b/a Royal Inn Hotel et al
Defendant

## CERTIFICATE OF INTERESTED PERSONS
(This form also satisfies Fed. R. Civ. P. 7.1)

Pursuant to Fed. R. Civ. P. 7.1 and LR 3.1(c), LR 3.2(e), LR 7.4, LR 81.1(a)(4)(D), and LR 81.2,

Defendants, Dalcom Corporation d/b/a Royal Inn Hotel, and Kamlesh Patel, individually

provides the following information:

For a nongovernmental corporate party, the name(s) of its parent corporation and any publicly held corporation that owns 10% or more of its stock (if none, state "None"):
*Please separate names with a comma. Only text visible within box will print.*

A complete list of all persons, associations of persons, firms, partnerships, corporations, guarantors, insurers, affiliates, parent or subsidiary corporations, or other legal entities that are financially interested in the outcome of the case:
*Please separate names with a comma. Only text visible within box will print.*

Terry Bell, Lee & Braziel, L.L.P., Dalcom Corporation d/b/a Royal Inn Hotel, Kamlesh Patel, Prakash Amin, Umesh Patel, Himanshu Patel, Vishan Patel, Nixon Patel

APP 18

| | |
|---|---|
| Date: | March 25, 2015 |
| Signature: | /s/ Vincent J. Bhatti |
| Print Name: | Vincent J. Bhatti |
| Bar Number: | 24055169 |
| Address: | 14785 Preston Road, Suite 550 |
| City, State, Zip: | Dallas, TX 75254 |
| Telephone: | (214) 253-2533 |
| Fax: | (214) 204-0033 |
| E-Mail: | vincent.bhatti@bhattilawfirm.com |

**NOTE:** To electronically file this document, you will find the event in our Case Management (CM/ECF) system, under Civil/Other Documents/Certificate of Interested Persons

APP 19